

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__James Terrell Perry__,
[You are the PLAINTIFF, print your full name on this line.]

v.

Case Number __1:22CV145-HAB-SLC__
[For a new case in this court, leave blank. The court will assign a case number.]

__Quality Care Company__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Howard County Medical Insurance Provider | 1800 West Markland Ave Kokomo, Indiana 46901 |
| 2 | Quality Care Insurance | 1800 West Markland Ave Kokomo, Indiana 46901 |
| 3 | Howard County "Jail Commander" "Sheriff" | 1800 West Markland Ave Kokomo, Indiana 46901 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __5__

2. What is the name and address of your prison or jail? __Howard County Jail 1800 West Markland Ave. Kokomo, Indiana 46901__

3. Did the event you are suing about happen there? ☑ Yes. ○ No, it happened at: _____

4. On what date did this event occur? __January 18, 2022__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. At the Howard County Jail on the Basketball Court in the gym on January 18, 2022 approx around 1pm to 2:30pm I told officer Jewel that I'm afraid I torn my achillies tendon. So we got back to the dorm he informed the nurse name "Shelby" she came to see me within a hour later I was in so much pain that I called my wife Tamra Perry about it and told her to not show up to our visit due to pain. So Shelby talk with me and asked me what the problem was I told her that my achillies tendon was torn I don't know if she didn't believe me but she told me I have to see the doctor here at the Howard County before she gives me any meds for pain I told her I needed to go to the Hospital she or the jail shown no avail into taking me to the Hospital so she set me an appointment for me to see the Jail doctor here at Howard County which took place a week later which was January 25, 2022 and without not taking any pain medicine due to the lack of negligent of Shelby giving me anything so when I seen the doctor here he did a couple of things to my leg and informed the LPN Candice here that my achillies is for sure torn and I would need to be sent immeditely for a MRI on my right foot. On February 10, 2022 I was called out to get a MRI at the Hospital. I ask the nurses here what the results were they kept telling me they can't release that information out.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

It's my body I didn't know why. So all of sudden I was placed on medicine when I did see the doctor here but it took a whole week from 01/18/2022 to 01/25/2022. they put me on IBUPROFEN 600 mg twice daily. So all of sudden on February 17, 2022 I went to Hospital to see an doctor "orthopedics" it took him to inform me that my achillies was torn and due to that and the Jail negligence he would not be able to proform any type of Surgery on my foot they took to long they shall taken me to the Hospital of the day of injury now I will have damages which will alter my life permanently and the nurse and jail their diliberate indifference will affect the way I provide for my family, spend time with my children and grand babies have a huge hinderence on my overall quality of life going forward. By the way the doctor they appointed me at the Hospital name was Dr. LeGrand at "St Joseph" Hospital. He placed a Boot on my foot and prescribed me the same pain medicine I have been given. So then again I was called out March 31, 2022 to see him again he ask me how I was doing I told him sometimes I feel a Shock on my heel and around my ankle it be tight he told me that he's pretty sure about that but now I need physical therapy and has the jail provided me that yet I told him "No" so he said he would inform them to get me to some type of therapy but still no avail and he told me to excrise it myself and take the heel out of my Boot and walk around sometimes since the jail don't do therapy so I have been doing it myself. All I'm saying I suffered for almost 10 days going up and down stairs to get trays tired to move but no avail until Sgt. Smith moved me Officer Kapil asked Sgt. Spann multiple times to move me he said no. I just hope all this information will be good enough for you. Thank You have a wonderful day.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ☐ Before I was confined.
   - ☑ While I was confined awaiting trial.
   - ☐ After I was convicted while confined serving the sentence.
   - ☐ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☑ No, this event is not grievable at this prison or jail.
   - ☐ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ☐ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   For all medical expenses pertaining to injury paid for and the sum of $243,000.00 for mental anguishment pain and suffering.

[Initial Each Statement]
   JP   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   JP   I will keep a copy of this complaint for my records.
   JP   I will promptly notify the court of any change of address.
   JP   I WILL NOT send more than one copy of any filing to the court.
   JP   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   JP   I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 04/24/2022 at 9:42 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   Signature: James Terrell Perry
   Prisoner Number: 29542

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]